UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MASONRY SECURITY PLAN OF WASHINGTON, et al.,

    Plaintiffs,

    v.

WEST COAST TILE, INC., et al.,

    Defendants.

Case No. C06-0735RSL

ORDER DISMISSING CASE

This matter comes before the Court on plaintiff's "Motion for Order of Dismissal with Prejudice" (Dkt. # 11) Defendants have not filed an answer or motion for summary judgment. Pursuant to Rule 41, "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." Fed. R. Civ. P. 41(a). Accordingly, the Court will treat the instant motion to dismiss with prejudice as a notice of dismissal with prejudice. Therefore, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE.

DATED this 25th day of August, 2006.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER DISMISSING CASE